PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00060-01** |
| ) | |
| **MARION CULHANE** ) | |
| ) | |

On May 3, 2005, the above-named was placed on Probation for a period of two years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Thomas H. Brown

**THOMAS H. BROWN**
**United States Probation Officer**

Dated:   May 19, 2006
         Roseville, California
         THB:thb

**REVIEWED BY:**   /s/ Richard A. Ertola
         **RICHARD A. ERTOLA**
         **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   CULHANE, Marion**
   **Docket Number:   2;04CR00060-01**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATE: May 23, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE


THB:thb
Attachment:   Recommendation
cc:   United States Attorney's Office
         FLU Unit, AUSA's Office
         Fiscal Clerk, Clerk's Office